

# THE THIRTEENTH COURT OF APPEALS

13-18-00069-CV

DEVON ENERGY PRODUCTION COMPANY, L.P., F/K/A GEOSOUTHERN DEWITT PROPERTIES, LLC, BHP BILLITON PETROLEUM PROPERTIES (N.A.), LP F/K/A PETROHAWK PROPERTIES LP, GEOSOUTHERN ENERGY CORPORATION, AND PETROHAWK ENERGY CORPORATION

v.

MICHAEL A. SHEPPARD, CONSTANCE S. KIRK, JENNIFER S. BADGER, FRANK B. SHEPPARD, JAMES K. CRAIN, CHRISTOPHER M. CRAIN, JAMES K. CRAIN, III, PATRICK G. CRAIN, AND SHIRLEY R. CRAIN

On Appeal from the
24th District Court of De Witt County, Texas
Trial Cause No. 12-12-22,501

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 21, 2018